**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**BIANCA VELEZ,**

                **Plaintiff,**              1:20-cv-1584
                                                            (GLS/DJS)

       **v.**

**GOVERNOR ANDREW CUOMO**
**et al.,**

                **Defendants.**

**APPEARANCES:**                        **OF COUNSEL:**

**FOR THE PLAINTIFF:**
BIANCA VELEZ
Plaintiff, *Pro Se*
2915 Vermont Ave.
Lakeland, FL 33803

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

      The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Daniel J. Stewart duly filed February 9, 2021. (Dkt. No. 14.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

      No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

      **ORDERED** that the Report-Recommendation and Order (Dkt. No. 14) is

**ADOPTED** in its entirety; and it is further

 **ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED**; and it is further

 **ORDERED** that plaintiff may, within thirty (30) days of the date of the Order, file an amended complaint, which is consistent with the Report-Recommendation and Order; and it is further

 **ORDERED** that, if plaintiff fails to file an amended complaint in the time allotted, the Clerk shall enter judgment dismissing the case without further order of the court; and it is further

 **ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

March 1, 2021
Albany, New York

          _____
          Gary L. Sharpe
          U.S. District Judge